David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6454 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Shirley Pajak,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Shirley Pajak, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED:  Jan. 12, 2010          MATTHEWS & ASSOCIATES


By:_____
            David P. Matthews
            *Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    DATED:  Jan. 12, 2010        DLA PIPER LLP (US)

2
                                  By:_____
3
                                      Michelle W. Sadowsky
4                                     *Attorneys for Defendants*

5

6
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
7    **IT IS SO ORDERED.**

8

9    Dated: FEB 1 7 2010
                                  _____
10                                Hon. Charles R. Breyer
                                  United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      -2-